UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

**CIVIL ACTION NO. 2013-217 (WOB-CJS)**

**NANCY MARIE HELTON**                                                                    **PLAINTIFF**

**VS.**                              <u>**ORDER**</u>

**CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY**                        **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 22), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 22) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. 20) is **denied**; and that defendant's motion for summary judgment (Doc. 21) is **granted**. A separate Judgment shall enter concurrently herewith.

This 25th day of September, 2014.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge